NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

-----------------------

**HO KEUNG TSE,**
*Plaintiff-Appellant,*

**v.**

**GOOGLE INC., SAMSUNG TELECOMMUNICATIONS AMERICA LLC, HTC AMERICA, INC.,** AND **BLOCKBUSTER, INC.,**
*Defendants-Appellees.*

-----------------------

2014-1222

-----------------------

Appeal from the United States District Court for the Northern District of California in No. 3:13-cv-00194-SI, Judge Susan Y. Illston.

-------------------------------------------------------------------

**HO KEUNG TSE,**
*Plaintiff-Appellant,*

**v.**

**BLOCKBUSTER, INC.,**
*Defendant-Appellee.*

-----------------------

2014-1223

2                              TSE v. GOOGLE INC.

_____

Appeal from the United States District Court for the Northern District of California in No. 3:13-cv-01204-SI, Judge Susan Y. Illston.

_____

**O R D E R**

The above-captioned appeals are related.

Accordingly,

IT IS ORDERED THAT:

2014-1222 and 2014-1223 shall be considered companion cases and assigned to the same merits panel.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30